# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

In the Matter of the Search of: )
)
Facebook URL: https://www.facebook.com/good.work.988 )
Friend Identification Number: 100017247606826 that is ) Case No. 17-M-1326
stored at premises owned, maintained, controlled, or operated )
by Facebook, Inc., a social networking company )
headquartered at 1601 Willow Road, Menlo Park, CA 94025. )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

Facebook URL: https://www.facebook.com/good.work.988
Friend Identification Number: 100017247606826 that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc.

located in the Eastern District of Wisconsin, there is now concealed:

See Attachment A

The basis for the search under Fed. R. Crim P. 41(c) is:
  ☒ evidence of a crime;
  ☐ contraband, fruits of crime, or other items illegally possessed;
  ☐ property designed for use, intended for use, or used in committing a crime;
  ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to violations of: Title 18 U.S.C. § 2250

The application is based on these facts: See attached affidavit.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Senior Inspector Scott Keller, USMS
Printed Name and Title

Sworn to before me and signed in my presence:

Date: 8/15/17

_____
Judge's signature

City and State: Milwaukee, Wisconsin     Honorable William E. Duffin, U.S. Magistrate Judge
Printed Name and Title

# AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

Scott Keller, being first duly sworn, states that:

1. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook, Inc. to disclose to the government records and information associated with a certain Facebook account that is stored at premises owned, maintained, controlled, or operated by Facebook, Inc., a social networking company headquartered at 1601 Willow Road, Menlo Park, CA 94025. The accounts to be searched is described as:

    Facebook URL: https://www.facebook.com/drcj.Kline.7
    Friend Identification Number: 100016787911763

    Facebook URL: https://www.facebook.com/good.work.988
    Friend Identification Number: 100017247606826

    Facebook URL: https://www.facebook.com/drcj.Kline
    Friend Identification Number: 100015233084674

    Facebook URL: https://www.facebook.com/kory.Kline.73
    Friend Identification Number: 100013934405389

The facts to establish probable cause for issuing the search warrant are as follows:

## Background

2. I am a Senior Inspector with the U.S. Marshals Service, having been so employed for over 7 years. As part of my duties, I investigate violations of federal and state laws, including those relating to fugitives. I have also received specialized training in the investigation of violations of the Adam Walsh Act as well as specialized training in the electronic communications field.

3. The information contained in this affidavit is based on my training and experience, as well as information provided to me by other law enforcement officers and citizens, all of whom I believe to be truthful and reliable. This affidavit is not an exhaustive account of everything I know about this case. Rather, it contains only the facts that I believe are necessary to establish probable cause to search the Facebook accounts, described above, used by Corey Kline (hereinafter Kline).

1

## Facts Establishing Probable Cause

4. On January 9, 1997, Kline was convicted in Cook County, Illinois of Predatory Criminal Sexual Assault, Aggravated Criminal Sexual Assault-Victim <13 years of Age, in violation of Illinois State Statute 720 ILCS 5.0/12-14-B-II. Kline was sentenced to a term of 8 years in prison.

5. As a result of Kline's conviction he is required to register as a sex offender.

6. On September 15, 2008, Kline was provided a notification form, the Illinois Sex Offender Registration Act Notification Form (form ISP 4-84c, 06/08). The contents of this form were acknowledged and signed by Kline on September 15, 2008. This form provided to and signed by Kline while at the Pinckneyville Correctional Center, located in Pinckneyville, Illinois. Language contained within these forms reads in part:

   > If you move to another state, you must register with that state within 3 days. You must notify the agency with whom you last registered in person of your new address, at least 3 days before moving.
   >
   > Under the Adam Walsh Child Protection Safety Act of 2006, 18 United States Code § 2250, if you travel to another state and fail to register as required, you are also subject to federal prosecution that carries penalties of a fine and/or imprisonment up to 10 years.

7. Records show that Kline signed the Illinois Sex Offender Registration Act Notification Form (form ISP 4-84c, 06/08), which contained the above mentioned language on September 15, 2008, September 19, 2008, December 6, 2011, and November 24, 2015.

8. On April 20, 2017, Kline was arrested by the Milwaukee Police Department and charged, in Milwaukee, Wisconsin with Disorderly Conduct, Milwaukee County Circuit Court Case 2017CM001262. Following this arrest Kline was held in custody at the Milwaukee County Jail.

9. On April 22, 2017, Kline was released from custody on $250 signature. At the time of his release, Kline provided an address of XXX N. 29th Street #101, Milwaukee, Wisconsin.

10. On April 24, 2017, the Wisconsin Sex Offender Registry (WISOR) received information of Kline's arrest and subsequent release from custody. WISOR verified that Kline was not registered in Wisconsin and was also in non-compliance status in Illinois. WISOR submitted a referral to me requesting assistance with an investigation into a possible charge of 18 USC 2250(a).

11. I developed information that on June 17, 2016, Kline was cited by the Milwaukee Police Department for Theft (case number 16041654). According to the issued citation, Kline was residing at XXXX N. 30th Street, Milwaukee, Wisconsin.

12. Information obtained through the State of Wisconsin Health and Human Services shows Kline applied for benefits on July 8, 2016. At the time of the application, Kline reported an address of XXXX N. 28th Street, Milwaukee, Wisconsin. Kline was approved for benefits and his food share records show his usage from July 8, 2016. through April 9, 2017, and all occurred in the Milwaukee County, Wisconsin area.

13. Information obtained through WE Energies shows Kline opened up a utility account on August 1, 2016 at XXXX N. 47th Street, Milwaukee, Wisconsin. He listed a previous address on his application of XXXX N. 28th Street, Milwaukee, Wisconsin. Kline called WE Energies on October 18, 2016, to cancel his service and provided a forwarding address of XXXX N. Richards Street, Milwaukee, Wisconsin.

14. Wisconsin Department of Transportation (WI DOT) records reveal that on October 21, 2016, Kline obtained a State of Wisconsin Identification Card and utilized address XXXX N. Richards Street, Milwaukee, Wisconsin.

15. On December 15, 2016, the Milwaukee Police Department officers responded to XXXX N. 17th Street, Milwaukee, Wisconsin concerning a complaint regarding an assault (Milwaukee Police Incident #163500122). At that time, officers made contact with Kline, who verified he resided at the residence. Kline was not arrested or charged in this incident.

16. On April 20, 2017, Milwaukee Police Officers responded to a call at XXX N. 29th Street #207, Milwaukee, Wisconsin (Milwaukee Police Incident #171100014). Upon arrival, officers spoke with victim, B.A.. B.A. reported the building manager, identified as Kline, had a set of B.A.'s apartment keys and Kline refused to give them back. B.A. went on to report that Kline had later come to his apartment and threatened to shoot him and displayed a handgun at the time. After threatening B.A., Kline left. B.A. further reported Kline lived in apartment 101 at XXX N. 29th Street, Milwaukee, Wisconsin.

17. When officers responded to apartment 101, contact was made with Kline, who verified that he lived at the address. Officers received consent from Kline to search the apartment for weapons, at which time two pellet guns were located, one matching the description given by the victim of the gun held by Kline while making threats. The victim's apartment keys were also located inside Kline's apartment. A warrant check was completed as well, which revealed that Kline had an active warrant from the Milwaukee Police Department for a municipal Theft charge (case number 16041654) issued on June 17, 2016. Kline was taken into custody on his open warrant and later charged with Disorderly Conduct as a result of the Milwaukee Police Investigation as

3

stated above.

18. On May 9th, 2017, I met with Bob Mabeus in the manager's office of the apartment complex located at XXX N. 29th Street Milwaukee, Wisconsin. Mabeus was employed by JT Riley Properties LLC and was the property manager of XXX N. 29th Street, Milwaukee, Wisconsin. The last known residence of Kline was XXX N. 29th Street #101, Milwaukee, Wisconsin.

19. I showed Mabeus a photo of Kline, which was obtained through the Illinois Sex Offender Registry. Mabeus identified the photo as Kline, his former apartment manager. According to Mabeus, he hired Kline on February 1, 2017, as a painter. Mabeus stated Kline completed three painting jobs for him, for which he was paid in cash.

20. On February 15, 2017, Mabeus hired Kline as the apartment manager of XXX N. 29th Street, Milwaukee, Wisconsin. As part of the agreement, Kline lived in apartment 101 at a reduced rent and in return, he performed various duties around the building. Mabeus indicated that when hiring a manager, they are required to sign a Manager Responsibilities form, which Kline signed on February 15, 2017. Mabeus also stated Kline filled out a rental application and signed a Residential Rental Agreement, providing Mabeus with a copy of his State of Wisconsin Identification Card, prior to moving into the apartment. Mabeus reported Kline never informed him of his criminal record or that he was a registered sex offender. Mabeus stated that he did a background check of Kline, however, he did not find anything related to his criminal record.

21. According to Mabeus, Kline resided in apartment 101 from February 15, 2017, until April 25, 2017. Mabeus stated that he fired Kline due to an incident that occurred on April 20, 2017. On that date, according to Mabeus, Kline got into an altercation with another tenant and threatened him with a pellet gun. Kline was subsequently arrested by the Milwaukee Police Department and when Kline was released from jail, Mabeus confronted him about the incident. Mabeus reported he informed Kline on April 25, 2017, that he would no longer be employed as the apartment manager and provided Kline with an eviction notice to vacate within 7 days.

22. Mabeus stated that on April 28, 2017, he received an anonymous voicemail stating that Kline had been back to the apartment complex located at XXX N. 29th Street, Milwaukee, Wisconsin and had collected rent money from some other tenants. Kline kept the money for himself. When Mabeus began speaking with other tenants of XXX N. 29th Street, Milwaukee, Wisconsin, he discovered that several tenants had given Kline money orders to pay for their rent for the month. As Mabeus continued to check into the allegations, he discovered Kline took the money orders to a check cashing place, forged a signature, and cashed the money orders, keeping the money for himself. Mabeus has since reported this incident to the Milwaukee Police Department, seeking charges.

23. Mabeus could not specify the exact date that Kline vacated the residence, but he had

4

24. heard from another tenant that Kline had returned to the apartment on or about May 1, 2017. Mabeus indicated that he has since changed the locks on apartment 101 and that when he checked on the apartment, Kline had left all of his belongings behind, as if he were leaving in a hurry. Mabeus attempted to contact Kline at his last known telephone number, however, there was no answer and the call went straight to voicemail.

24. Mabeus provided to me photo copies of Kline's Wisconsin Identification Card that was presented to him at the time of submitting his rental application, his rental application, the rental agreement, and the manager's responsibilities agreement.

25. On May 30, 2017, Kline failed to show for a scheduled court date in Milwaukee County Circuit Court, related to his Disorderly Conduct charge. As a result a non-felony warrant was issued.

26. On June 20, 2017, Kline was indicted in the Eastern District of Wisconsin with one count of Failure to Register pursuant to the Sex Offender Registration and Notification Act in violation of 18 USC 2250. (Case number 17-CR-114). An arrest warrant was issued the following day.

27. I located four different Facebook pages associated with Kline. Each Facebook page contained publicly displayed photos of Kline, which I compared to his State of Wisconsin Identification Card photo and his Illinois Sex Offender Registration photo. All pictures contained on the Facebook pages were found to be Kline. The Facebook accounts associated with Kline have been identified as:

    Facebook URL: https://www.facebook.com/drcj.Kline.7
    Friend Identification Number: 100016787911763

    Facebook URL: https://www.facebook.com/good.work.988
    Friend Identification Number: 100017247606826

    Facebook URL: https://www.facebook.com/drcj.Kline
    Friend Identification Number: 100015233084674

    Facebook URL: https://www.facebook.com/kory.Kline.73
    Friend Identification Number: 100013934405389

28. On May 17, 2017, Kline publicly posted on Facebook URL: https://www.facebook.com/drcj.Kline.7, "I was licensed and ordained by the Church of God in Christ 1997 by the presiding Bishop's Goodwin. . . At Prayer Tower in Chicago Illinois." He also publicly posted on that same date, "Where are the single loyal women in Chicago that need a man that's loyal that works and want to help."

29. On June 25, 2017, Kline publicly posted on Facebook URL:

5

https://www.facebook.com/good.work.988, that he began working at Saint Paul A.M.E. Church, Jacksonville, Florida. He further posted on the same date, he started school at Immaculate Conception High School in Memphis, Tennessee and started school at Concorde Career College in Memphis, Tennessee. Kline listed on this page that he is from and currently resides in Chicago, Illinois.

30. Based on my investigation, it is believed Kline left the Milwaukee area sometime in early May, 2017 and travelled to Chicago, Illinois.

31. Through my training and experience I know that people who use social media sites such as Facebook maintain relationships with family and friends through private messages along with posting and exchanging of pictures. Having access to view those messages and historical IP addresses will likely provide evidence in relation to the charge of Failure to Register as a Sex Offender, pursuant to the Sex Offender Registration and Notification Act in violation of 18 USC 2250.

## TECHNICAL BACKGROUND

32. Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com. Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

33. Facebook asks users to provide basic contact information to Facebook, either during the registration process or thereafter. This information may include the user's full name, birth date, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers. Facebook also assigns a user identification number to each account.

34. Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts. By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, to all Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.

35. Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook. Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network. A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request." If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other. Each Facebook user's account includes a list of that user's "Friends" and a "Mini-

6

Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

36. Facebook users can create profiles that include photographs, lists of personal interests, and other information. Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet. Facebook users can also post information about upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

37. Facebook has a Photos application, where users can upload an unlimited number of albums and photos. Another feature of the Photos application is the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, a user's "Photoprint" includes all photos uploaded by that user that have not been deleted, as well as all photos uploaded by any user that have that user tagged in them.

38. Facebook users can exchange private messages on Facebook with other users. These messages, which are similar to e-mail messages, are sent to the recipient's "Inbox" on Facebook, which also stores copies of messages sent by the recipient, as well as other information. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile.

39. Facebook Notes is a blogging feature available to Facebook users, and it enables users to write and post notes or personal web logs ("blogs"), or to import their blogs from other services, such as Xanga, LiveJournal, and Blogger.

40. The Facebook Gifts feature allows users to send virtual "gifts" to their friends that appear as icons on the recipient's profile page. Gifts cost money to purchase, and a personalized message can be attached to each gift. Facebook users can also send each other "pokes," which are free and simply result in a notification to the recipient that he or she has been "poked" by the sender.

41. Facebook also has a Marketplace feature, which allows users to post free classified ads. Users can post items for sale, housing, jobs, and other items on the Marketplace.

42. In addition to the applications described above, Facebook also provides its users with access to thousands of other applications on the Facebook platform. When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

7

43. Facebook uses the term "Neoprint" to describe an expanded view of a given user profile. The "Neoprint" for a given user can include the following information from the user's profile: profile contact information; Mini-Feed information; status updates; links to videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications.

44. Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or IP address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

45. Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well records of any actions taken by the provider or user as a result of the communications.

46. Therefore, the computers of Facebook are likely to contain all the material just described, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and account application.

47. I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Facebook, Inc. to disclose to the government copies of the records and other information (including the content of communications) particularly described in Attachment A under the following accounts:

        Facebook URL: https://www.facebook.com/drcj.Kline.7
        Friend Identification Number: 100016787911763

        Facebook URL: https://www.facebook.com/good.work.988
        Friend Identification Number: 100017247606826

Facebook URL: https://www.facebook.com/drcj.Kline
Friend Identification Number: 100015233084674

Facebook URL: https://www.facebook.com/kory.Kline.73
Friend Identification Number: 100013934405389

## **CONCLUSION**

48. Based on the aforementioned information, I respectfully submit there is probable cause to believe that evidence relating to a violation of Adam Walsh Act, Title 18 U.S.C. Section 2250(a) .may be located within the aforementioned Facebook accounts.

49. I request that the Court issue the proposed search warrant. This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court is "a district court of the United States . . . that has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

# ATTACHMENT A

Information to be disclosed by Facebook, Inc.

To the extent that the below named Facebook Accounts are within the possession, custody, or control of Facebook, Inc., Facebook, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A from 06/01/2016, through the date of this search warrant:

a. The contents of all communications stored in the Facebook, Inc. account for the subscriber identified as follows:

> Facebook URL: https://www.facebook.com/drcj.Kline.7
> Friend Identification Number: 100016787911763
>
> Facebook URL: https://www.facebook.com/good.work.988
> Friend Identification Number: 100017247606826
>
> Facebook URL: https://www.facebook.com/drcj.Kline
> Friend Identification Number: 100015233084674
>
> Facebook URL: https://www.facebook.com/kory.Kline.73
> Friend Identification Number: 100013934405389

b. User Basic Subscriber Information (BSI), User Neoprint, User Photoprint, Group Contact Info, Private Messages, IP Logs;

c. All Photoprints, including all photos uploaded by that user ID and all photos uploaded by any user that have that user tagged in them;

d. All communications stored in the account, whether sent from or received in the account, including any "chat or messaging or other communications," as well as such communications held in a "Deleted" status;

e. All address books, contact lists, friends lists, buddy lists, or any other similar compilations of personal contact information associated with the accounts;

f. All records or other information regarding the identification of the accounts, including full name, physical address, mailing address, residential or business address; other contact or identifying information such as telephone numbers and other identifiers; including subscriber names, user names, screen names or other identities associated with the account; records of session times and durations, the date on which the accounts were created, the length of service, the types of service utilized, the IP address used to register the accounts, log-in IP

addresses associated with session times and dates, account statuses, alternative email addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

g. All records pertaining to communications between Facebook, Inc., and any person regarding the accounts, including contacts with support services and records of actions taken.

h. BACKUPDATA maintained in connection with the account.

11